**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEX MELENDEZ,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **NO. 11-6632** |
| **v.** | : | |
| | : | **CRIMINAL ACTION** |
| **UNITED STATES OF AMERICA,** | : | **NO. 05-44-7** |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW**, this 5th day of September, 2013, upon consideration of Petitioner Alex Melendez's § 2255 Motion to Vacate / Set Aside / Correct a Sentence (Doc. No. 939), the Government's Opposition to the Motion (Doc. No. 961), and Mr. Melendez's Reply (Doc. No. 966), it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons set forth in the Court's Memorandum Opinion;

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Melendez's Motion;

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:


   /s/  Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1